UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDELARIO H.J.,[1]<br><br>    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:23-cv-07190-WLH-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts and adopts the findings, conclusions and recommendation of the Magistrate Judge reflected in the October 18, 2024 Superseding Report and Recommendation of United States Magistrate Judge and, to the extent applicable thereto, overrules the Plaintiff's Objections to the original August 26, 2024 Report and Recommendation.

---

[1] Plaintiff's name is partially redacted to protect plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment is denied, the decision of the Commissioner of Social Security is AFFIRMED and Judgment shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment on counsel for Plaintiff and Defendant.

IT IS SO ORDERED.

DATED: November 25, 2024

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE