JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDELARIO H.J.,[1] | ) Case No. 2:23-cv-07190-WLH-JC |
| Petitioner, | ) |
| v. | ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) JUDGMENT |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

IT IS SO ADJUDGED.

DATED: November 25, 2024

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted to protect Plaintiff's privacy in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.